UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| CONSTANTINO SANCHEZ-RODRIGUEZ, JOSÉ ALBERTO AGUILERA-HERNANDEZ, ULISES EDGARDO CRUZ-GONZALEZ, ESMITH GONZALEZ-RODRIGUEZ, VALENTIN ALVARADO-HERNANDEZ, DANIEL RODRIGUEZ-GARCIA, and ESDRAS SAHI MENDIOLA-BORDES, on behalf of themselves and all other similarly situated persons, <br><br> Plaintiffs, <br><br> v. <br><br> JACKSONS FARMING COMPANY OF AUTRYVILLE a/k/a JACKSON'S FARMING COMPANY OF AUTRYVILLE, WILLIAM BRENT JACKSON, and WILLIAM RODNEY JACKSON, <br><br> Defendants. | C. A. No. 7:16-cv-00028-D <br><br> **CLASS ACTION** |

**ORDER GRANTING PRELIMINARY APPROVAL OF COLLECTIVE ACTION
AND CLASS ACTION SETTLEMENT**

This matter is before the Court on the parties' Joint Motion for Preliminary Approval of Collective Action and Class Action Settlement ("Joint Motion"). The Court finds that the proposed settlement terms are fair, adequate, and within the range of reasonableness for preliminary approval, Fed. R. Civ. P. 23(e). Therefore, the Court preliminarily approves the Settlement Agreement entered into by the parties.

IT IS SO ORDERED.

This the ___ day of _____, 2017.

_____
U.S. District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true and correct copy of the proposed *Order Granting Preliminary Approval of Collective Action and Class Action Settlement* was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

This 18th day of January, 2017.

/s/ Paul H. Derrick
Paul H. Derrick

2

Case 7:16-cv-00028-D   Document 35-1   Filed 01/18/17   Page 2 of 2