UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| CONSTANTINO SANCHEZ-RODRIGUEZ, JOSÉ ALBERTO AGUILERA-HERNANDEZ, ULISES EDGARDO CRUZ-GONZALEZ, ESMITH GONZALEZ-RODRIGUEZ, VALENTIN ALVARADO-HERNANDEZ, DANIEL RODRIGUEZ-GARCIA, and ESDRAS SAHI MENDIOLA-BORDES, on behalf of themselves and all other similarly situated persons, <br><br> Plaintiffs, <br><br> v. <br><br> JACKSONS FARMING COMPANY OF AUTRYVILLE a/k/a JACKSON'S FARMING COMPANY OF AUTRYVILLE, WILLIAM BRENT JACKSON, and WILLIAM RODNEY JACKSON, <br><br> Defendants. | C. A. No. 7:16-cv-00028-D <br><br> **CLASS ACTION** |

## ORDER GRANTING PRELIMINARY APPROVAL OF COLLECTIVE ACTION AND CLASS ACTION SETTLEMENT

This matter is before the Court on the parties' Joint Motion for Preliminary Approval of Collective Action and Class Action Settlement ("Joint Motion"). The Court finds that the proposed settlement terms are fair, adequate, and within the range of reasonableness for preliminary approval, Fed. R. Civ. P. 23(e). Therefore, the Court preliminarily approves the Settlement Agreement entered into by the parties.

SO ORDERED. This the 20 day of January 2017.

_____
JAMES C. DEVER III
Chief United States District Judge