UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| CONSTANTINO SANCHEZ-RODRIGUEZ, )<br>JOSÉ ALBERTO AGUILERA-HERNANDEZ, )<br>ULISES EDGARDO CRUZ-GONZALEZ, )<br>ESMITH GONZALEZ-RODRIGUEZ, )<br>VALENTIN ALVARADO-HERNANDEZ, )<br>DANIEL RODRIGUEZ-GARCIA, and ESDRAS )<br>SAHI MENDIOLA-BORDES, on behalf of )<br>themselves and all other similarly situated persons, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>JACKSONS FARMING COMPANY OF )<br>AUTRYVILLE a/k/a JACKSON'S FARMING )<br>COMPANY OF AUTRYVILLE, WILLIAM )<br>BRENT JACKSON, and WILLIAM RODNEY )<br>JACKSON, )<br>)<br>Defendants. ) | C. A. No. 7:16-cv-00028-D<br><br>**CLASS ACTION** |

ORDER APPROVING NOTICE AND METHOD OF
DISTRIBUTION TO POTENTIAL CLASS MEMBERS

This matter is before the Court on the parties' Joint Motion for Approval of Notice and Method of Distribution to Potential Class Members. In support of their Joint Motion, the parties have filed a stipulated notice and method of distribution. The proposed content and method of distribution for that notice are consistent with that previously approved for use in other similar wage actions before the federal courts of this state. *See Haywood v. Barnes*, 109 F.R.D. 568 (E.D.N.C. 1986). They also appear to be reasonably calculated to provide the best notice practicable under the circumstances of this case.

The proposed Notice is both a neutral and comprehensive document that fairly apprises the class members of (i) the pendency of the class action, (ii) the substance of the litigation, (iii)

the reasons for compromising the claims, (iv) the terms of the proposed settlement, and (v) the opportunity to withdraw. The Notice also provides the class members with an opportunity to obtain any necessary further information and apprises them of their right to object to the settlement, the objection deadline, and the date of the hearing on this Court's final approval, if any, of the Settlement Agreement.

The Court therefore formally approves the content of the Notice attached to the Joint Motion, as well as the method of distribution for the Notices to class members set out in the Joint Motion. The Notice shall be distributed to the members of the class certified by this Court within thirty (30) days of the date of this Order.

SO ORDERED.

This __23__ day of January 2017.

                                                JAMES C. DEVER III
                                                Chief United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true and correct copy of the proposed *Order Approving Notice and Method of Distribution to Potential Class Members* was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

This ___ day of January, 2017.

/s/ Paul H. Derrick
Paul H. Derrick

3