UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:16-CV-00028-D

| | |
|---|---|
| CONSTANTINO SANCHEZ-RODRIGUEZ; JOSÈ ALBERTO AGUILERA-HERNANDEZ; ULISES EDGARDO CRUZ-GONZALEZ; ESMITH GONZALEZ-RODRIGUEZ; VALENTIN ALVARADO-HERNANDEZ; DANIEL RODRIGUEZ-GARCIA; and ESDRAS SAHI MENDIOLA-BORDES, on behalf of themselves and all other similarly situated persons, <br><br> Plaintiffs, <br><br> v. <br><br> JACKSONS FARMING COMPANY OF AUTRYVILLE aka JACKSON'S FARMING COMPANY OF AUTRYVILLE; WILLIAM BRENT JACKSON; and WILLIAM RODNEY JACKSON, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

### ORDER GRANTING FINAL APPROVAL OF COLLECTIVE ACTION AND CLASS ACTION SETTLEMENT

This matter comes before the Court on the parties' Joint Motion for Final Approval of Collective Action and Class Action Settlement. The parties have jointly requested that the Court approve the Settlement Agreement attached as Exhibit 1 to the Joint Motion and have mutually agreed to the entry of this Order granting final approval of the settlement.

Having reviewed the Joint Motion, Joint Memorandum in support thereof, and the Settlement Agreement, along with the files and records of this case, the Court now FINDS, CONCLUDES, DECREES, AND ORDERS as follows:

(1) This Court has jurisdiction over the subject matter of the litigation and over all parties to this litigation, including all members of the certified class;

(2) Neither the Settlement nor this final approval order, nor the fact of a settlement, are an admission or concession by the Defendants of any liability or wrongdoing whatsoever;

(3) Counsel for the Plaintiffs has adequately represented Plaintiff class members to date;

(4) Plaintiff class members have been provided proper and adequate notice of the terms of the Settlement Agreement, as well as the applicable dates and procedures for submitting any objections. No such objections to the terms of the Settlement Agreement or the Settlement Agreement's final approval by this Court have been received from any Plaintiff class member;

(5) The terms of the Settlement Agreement are hereby approved. The Court granted preliminary approval of the Settlement Agreement and of the joint motion for class notice, after which timely notice was provided to the class. After holding a fairness hearing on July 11, 2017, the Court finds that the Settlement is fair and adequate and that it represents a reasonable and equitable compromise of the claims in this case. The Settlement is the result of extensive arms-length bargaining between the parties after Plaintiffs' counsel had investigated the class claims and become familiar with the strengths and weaknesses of the case. The Settlement is in the best interest of the named Plaintiffs and of the class they have been certified to represent. The Settlement falls within the range of reasonableness for final approval.

SO ORDERED. This _11_ of July 2017.

                                              JAMES C. DEVER III
                                              Chief United States District Judge